Dismissed and Memorandum Opinion filed December 6, 2007








Dismissed
and Memorandum Opinion filed December 6, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00020-CV

____________

 

JAMES & CHERYL DIXON,
Appellants

 

V.

 

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, Appellee

 



 

On Appeal from the County Court at
Law No. 3

Fort Bend County, Texas

Trial Court Cause No. 31,211

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed December 19, 2006.  The clerk=s record was filed on February 26,
2007.  The reporter=s record was filed on September 7, 2007.  No brief was filed.

On
October 11, 2007, this Court issued an order stating that unless appellants
submitted their brief, together with a motion reasonably explaining why the
brief was late, on or before November 12, 2007, the Court would dismiss the
appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).








Appellants filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 6, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.